**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**GUIDEONE MUTUAL INSURANCE COMPANY
and GUIDEONE AMERICA INSURANCE COMPANY**         **PLAINTIFFS**

**V.**         **CIVIL ACTION NO. 1:06-CV-218-SA-JAD**

**KENNETH ROCK and JANET ROCK**         **DEFENDANTS**

## ORDER

Pursuant to an opinion issued this day, the Plaintiffs' Motion for Summary Judgment [168] is **GRANTED** as to the Defendants' bad faith counterclaim but **DENIED** as to all other issues, and the Defendants' Motion for Summary Judgment [165] is **DENIED**.

So ordered on this the 29th day of June, 2009.

                                                  **/s/ Sharion Aycock**
                                                  **UNITED STATES DISTRICT JUDGE**